# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1003
LT Case No. 2001-CF-1584-B

_____

DONIELLE SIMPSON,

      Appellant,

      v.

STATE OF FLORIDA,

      Appellee.

_____

On appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Donielle Simpson, Crawfordville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison L. Morris, Assistant Attorney General, Daytona Beach, for Appellee.


August 22, 2023

PER CURIAM.

      AFFIRMED.

EISNAUGLE, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____